JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JWA HYUN KIM,<br><br>      Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY D/B/A FOOD 4 LESS; ALPHA BETA COMPANY; and DOES 1 through 10<br><br>      Defendants. | Case No.: CV 19-2787-DMG (ASx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ENTIRE ACTION [20]** |

Based on the parties' stipulation and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety. All parties will bear their own fees and costs. The Order to Show Cause dated February 6, 2020 [Doc. # 19] is DISCHARGED. All scheduled dates and deadlines are VACATED.

DATED: February 11, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1